NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AENRI J. ELLIS,                                    )
                                                   )
        Appellant,                          )
                                                   )
v.                                                 )           Case No.  2D16-2036
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.                           )
_____            )

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Jonathan Edwin Mills, Orlando, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.